UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SOUTHERN INDIANA TREATMENT CENTER, INC. </br></br> Plaintiff, </br></br> vs. </br></br> ED MEYER, individually and as County Commissioner of Clark County, RALPH GUTHRIE, individually and as County Commissioner of Clark County, MIKE MOORE, individually and as County Commissioner of Clark County, and CLARK COUNTY, INDIANA </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) No. 1:07-cv-1646-SEB-WTL </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO S.D. IND. L. R. 7.2

Defendant Southern Indiana Treatment Center, by counsel, hereby submits its Corporate Disclosure Statement pursuant to S.D. Ind. L. R. 7.2.

1. Parent corporations of Southern Indiana Treatment Center:, Inc.: National Specialty Clinics, Inc.; NSC Acquisition Corp.; CRC Health Corp; CRC Health Group, Inc.

2. Any publicly held company that owns 10% or more of the party or its ultimate parent, CRC Health Group: Bain Capital Fund VIII, LLC.

Michael Rosiello
William A. Hahn
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel. (317) 236-1313
Fax. (317) 231-7433

Counsel for Southern Indiana Treatment Center